# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

IN RE:
**Craig A. Curtis**              CASE NO: 17-80373-CRJ13
SSN: XXX-XX-8782                 CHAPTER 13
**Donna J. Curtis**
SSN: XXX-XX-1463
**DEBTORS**

## RESPONSE AND REQUEST FOR HEARING

NOW COMES, Craig A. Curtis and Donna J. Curtis, by and through their attorney, Stephen G. Campbell, and, in response to the Notice of Default received by the Debtors' attorney, dated November 19, 2019, object to said Notice of Default and request a hearing on the matter.

/s/ Craig A. Curtis                 /s/ Donna J. Curtis
Craig A. Curtis                     Donna J. Curtis
Debtor                              Co-Debtor

                                       /S/ Stephen G. Campbell
                                       STEPHEN G. CAMPBELL
                                       Attorney for Debtors

## CERTIFICATE OF SERVICE

I, Stephen G. Campbell, certify that I have this date served a copy of the foregoing instrument upon Nationstar Mortgage, Attn: Bankruptcy Department, 8950 Cypress Waters Blvd, Coppell, TX 75019, and Nationstar Mortgage P.O. Box 619096, Dallas, TX 75261, Mark A. Baker Attorney of Record 3550 Engineering Drive, Suite 260, Peachtree Corners, GA 30092, and Michele T. Hatcher, Trustee, by placing a copy of same in the U.S. Mail, adequate postage affixed, and addressed to their respective mailing addresses as reflected in the clerk's file, or by electronic transmission, on this the 6th day of December, 2019.

                                       /s/ Stephen G. Campbell
                                       STEPHEN G. CAMPBELL
                                       Attorney for Debtors
                                       P.O. Box 708
                                       Athens, AL 35612
                                       (256) 232-7354